UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,          )<br>                                                         )<br>              Plaintiff,                            )<br>                                                         )<br>       v.                                              )<br>                                                         )<br>AYESHA ELIZABETH JOHNSON, )<br>                                                         )<br>              Defendant.                        )<br>_____  ) | Case No. CR04-0329-JCC-JPD<br><br>SUMMARY REPORT OF U.S.<br>MAGISTRATE JUDGE AS TO<br>ALLEGED VIOLATIONS<br>OF SUPERVISED RELEASE |

An initial hearing on a petition for violation of supervised release was held before the undersigned Magistrate Judge on November 20, 2006. The United States was represented by Assistant United States Attorney Karyn Johnson, and the defendant by Ms. Michele Shaw. The proceedings were recorded on cassette tape.

The defendant had been charged and convicted of five counts of Bank Fraud in violation of 18 U.S.C. §§ 1344 and 2. On or about October 22, 2004, defendant was sentenced by the Honorable John C. Coughenour to a term of one (1) month in custody to be followed by five (5) years of supervised release.

The conditions of supervised release included the requirements that the defendant comply with all local, state, and federal laws, and with the standard conditions. Special conditions imposed included, but were not limited to, substance-abuse and mental-health treatment participation, financial disclosure, restitution in the amount of $19,331.21, consent to search and seizure, no possession of firearms, mandatory drug testing, ninety (90) days of electronic monitoring; maintaining a single checking account, disclosure of all assets and

REPORT AND RECOMMENDATION OF
U.S. MAGISTRATE JUDGE AS TO ALLEGED
VIOLATIONS OF SUPERVISED RELEASE
PAGE 1

liabilities, no new credit obtained, and no identification in any name other than defendant's name.

In a Violation Report and Request for Summons dated August 27, 2006, a Petition for Warrant or Summons dated August 31, 2006, and a Supplemental Violation Report dated October 20, 2006, U.S. Probation Officer Angela M. Peru asserted the following violations by defendant of the conditions of her supervised release:

(1) Failing to pay restitution as directed by the probation office, in violation of a special condition.

(2) Failing to report as instructed to the Vancouver Probation Office on various occasions from June through August of 2006, in violation of a standard condition.

(3) Failing to maintain a single checking account as instructed, in violation of a special condition.

(4) Failing to report as instructed to the Vancouver Probation Office on Wednesday, October 11, 2006, and Friday, October 13, 2006, in violation of standard condition #1.

(5) Failing to submit a truthful and complete written report for the months of July, August, and September 2006, in violation of a standard condition.

The defendant was advised of the allegations, and advised of her rights. Defendant admitted to the violations, and waived any rights to an evidentiary hearing as to whether they occurred.

I therefore recommend that the Court find the defendant to have violated the terms and conditions of her supervised release as to violations 1, 2, 3, 4, and 5, and that the Court conduct a hearing limited to disposition. A disposition hearing has been set before the Honorable John C. Coughenour on December 8, 2006, at 9:00 a.m.

Pending a final determination by the Court, the defendant has been released, subject to the terms of continued supervision.

01     DATED this 20th day of November, 2006.

*James P. Donohue*
_____
JAMES P. DONOHUE
United States Magistrate Judge

cc:   District Judge:           Honorable John C. Coughenour
     AUSA:                    Ms. Karyn Johnson
     Defendant's attorney:   Ms. Michele Shaw
     Probation officer:      Ms. Angela Peru

REPORT AND RECOMMENDATION OF
U.S. MAGISTRATE JUDGE AS TO ALLEGED
VIOLATIONS OF SUPERVISED RELEASE
PAGE 3