UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. CR04-329-JCC |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | SUMMARY REPORT OF U.S. |
| | ) | MAGISTRATE JUDGE AS TO |
| AYESHA ELIZABETH JOHNSON, | ) | ALLEGED VIOLATIONS |
| | ) | OF SUPERVISED RELEASE |
| Defendant. | ) | |
| | ) | |

A hearing on supervised release revocation in this case was scheduled before me on March 27, 2008. The United States was represented by AUSA Karyn S. Johnson and the defendant by Michele Shaw. The proceedings were digitally recorded.

Defendant had been sentenced on or about October 22, 2004 by the Honorable John C. Coughenour on five counts of Bank Fraud and sentenced to one month custody, five years supervised release. (Dkt. 19)

The conditions of supervised release included the standard conditions plus the requirements that defendant be prohibited from possessing a firearm, submit to mandatory drug testing, participate in substance abuse treatment, abstain from alcohol, submit to search, participate in a

SUMMARY REPORT OF U.S. MAGISTRATE JUDGE AS
TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE
PAGE -1

mental health program, participate in a home confinement program for 90 days, pay restitution in the amount of $19,331.21, provide access to financial information, maintain a single checking account for all financial transactions, disclose all assets and liabilities, be prohibited from opening new lines of credit or incurring new credit obligations, and be prohibited from possessing identification documents in any but her true name.

On November 20, 2006, defendant admitted violating the conditions of supervised release by failing to pay restitution, failing to report as directed to the probation office on a number of occasions, failing to maintain a single checking account as instructed and failing to file truthful and complete monthly reports. (Dkt. 31.) Defendant was sentenced to one month in custody, 59 months of supervised release. (Dkt. 36.)

In an application dated January 24, 2008 (Dkt. 38 ), U.S. Probation Officer Angela M. Peru alleged the following violations of the conditions of supervised release:

1. Failing to submit to a urine sample as instructed on November 26, 2007 and December 20, 2007 in violation of a standard condition.

2. Using marijuana on or about November 14, 2007 in violation of a standard condition.

3. Failing to obey all laws, by committing the crime of driving while license suspended 3rd degree, in violation of R.C.W. 46.20.342.1C, on or about September 2, 2007, in violation of a standard condition.

4. Submitting a false monthly report for the month of September 2007 in violation of a standard condition.

5. Failing to submit a truthful and complete written report for the months of

November and December 2007, in violation of a standard condition.

    6.    Failing to provide the probation officer with access to any requested financial information as instructed on December 19, 2007, in violation of a special condition.

    7.    Failing to disclose all assets and liabilities to the probation office as instructed on December 19, 2007, in violation of a special condition.

    8.    Failing to make payments toward her restitution as directed by the probation officer for the months of July, August, September, October, November and December 2007, in violation of a special condition.

In an application dated March 19, 2008 (Dkt. 46), U.S. Probation Officer Angela M. Peru alleged the following additional violations of the conditions of supervised release, which were incorporated with the above-referenced violations:

    9.    Failing to notify the probation officer at least ten days prior to any change in residence, in violation of a standard condition.

    10.    Failing to disclose to the probation office a Wells Fargo Bank, N.A., account in defendant's name, in violation of a special condition.

Defendant was advised in full as to those charges and as to her constitutional rights.

Defendant admitted the alleged violations and waived any evidentiary hearing as to whether they occurred. (Dkt. 48.)

I therefore recommend the Court find defendant violated her supervised release as alleged, and that the Court conduct a hearing limited to the issue of disposition. The next hearing will be set before Judge Coughenour.

/ / /

01  Pending a final determination by the Court, defendant has been detained.

02  DATED this 27th day of March, 2008.

04  /s/ Mary Alice Theiler
    Mary Alice Theiler
    United States Magistrate Judge

07  cc:   District Judge:          Honorable John C. Coughenour
          AUSA:                    Karyn S. Johnson
          Defendant's attorney:    Michele Shaw
08        Probation officer:       Angela M. Peru

SUMMARY REPORT OF U.S. MAGISTRATE JUDGE AS
TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE
PAGE -4